UNITED STATES of America v. Jesse KIRBY.

No. 3206.

Circuit Court of Appeals, Tenth Circuit.

Aug. 9, 1945.

Cleon A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

Jacob B. Moore, of Ardmore, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant.